COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

JUDGE SCHEINDLIN

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION | ORDER<br>Master File No. 21 MC 92 (SAS) |
| THIS DOCUMENT RELATES TO | |
| IN RE FIREPOND, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 7048 |
| IN RE IXL ENTERPRISES, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 9417 |
| IN RE SYCAMORE NETWORKS, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 6001 |
| IN RE VA SOFTWARE CORP. F/K/A VA LINUX, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 242 |
| IN RE CORVIS CORP. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 3857 |
| IN RE ENGAGE TECHNOLOGIES, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 8404 |

WHEREAS, on March 26, 2008, the Court issued and filed an Opinion and Order,

granting in part and denying in part the motions of the underwriters (the "Underwriters")

and certain issuers named in the focus cases (the "Focus Case Issuers")[1] to dismiss the

Second Consolidated Amended Complaints under Fed. R. Civ. P. 12(b)(6) & 9(b).

---

[1]     The motion to dismiss did not address claims against Engage Technologies, Inc.,
        which remains in bankruptcy proceedings.

-1-

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel, as follows:

The Underwriters' and Focus Case Issuers' time to answer the Second

Consolidated Amended Complaints is extended through and including June 13, 2008.

Dated: May 1, 2008
New York, New York

**BERNSTEIN LIEBHARD & LIFSHITZ LLP**

*Stanley D. Bernstein/ATC*
Stanley D. Bernstein *(bernstein@bernlieb.com)*
Robert Berg *(berg@bernlieb.com)*
Rebecca M. Katz *(katz@bernlieb.com)*
10 East 40th Street
New York, NY 10016
Tel.: (212) 779-1414
*For Plaintiffs' Executive Committee*

**MORRISON & FOERSTER LLP**

*Angela Rella*
Jack C. Auspitz *(jauspitz@mofo.com)*
Joel C. Haims *(jhaims@mofo.com)*
Angela T. Rella *(arella@mofo.com)*
1290 Avenue of the Americas
New York, New York  10104
(212) 468-8000
*Liaison Counsel for the Issuer Defendants*

**MILBERG LLP**

Robert A. Wallner *(rwallner@milberg.com)*
Ariana J. Tadler *(atadler@milberg.com)*
One Pennsylvania Plaza
New York, New York  10119-0165
Tel.: (212) 594-5300
*For Plaintiffs' Executive Committee*

**JENNER & BLOCK LLP**

Jerold S. Solovy *(jsolovy@jenner.com)*
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Ronald L. Marmer *(marmer@jenner.com)*
Stephen L. Ascher *(sascher@jenner.com)*
919 Third Avenue, 37th Floor
New York, NY 10022
(212) 891-1600
*Special Counsel for the Issuer Defendants*

-2-

ny-808119

SULLIVAN & CROMWELL LLP

_Deril M J Rein /ATT_

Gandolfo V. DiBlasi (*diblasig@sullcrom.com*)
Penny Shane (*shanep@sullcrom.com*)
David M.J. Rein (*reind@ sullcrom.com*)
Richard J.L. Lomuscio (*lomuscior@ sullcrom.com*)
125 Broad Street
New York, New York  10004
(212) 558-4000
*Liaison Counsel for the Underwriter Defendants*

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

5/2/08

-3-